IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANA MIZZETTI,<br><br>    Plaintiff,<br><br>vs.<br><br>MACADAMIA NATURAL OIL, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)  CIVIL ACTION FILE NO.<br>)     1:10-CV-1681-MHS<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND
NOTICE OF APPEARANCE**

COME NOW CHRISTINE H. HALL and KATHLEEN M. HURLEY, the undersigned attorneys, and hereby enter an appearance on behalf of Defendant Macadamia Natural Oil, LLC, substituting for Andrea R. Bennett, and the law firm of Bennett & Associates.  Ms. Hurley and Ms. Hall request that the Court send notifications of all filings to them at the address indicated below.

1.

Movants, Christine H. Hall and Kathleen M. Hurley, are Members in Good Standing of the Bar of the United States District Court for the Northern District of Georgia.

2.

Movants, Christine H. Hall and Kathleen M. Hurley, are hereby substituted as attorneys for Defendant Macadamia Natural Oil, LLC.  Please remove Ms. Bennett as Counsel for the Defendant.  All further pleadings, Notices, Orders, or Certificates of Service for the Defendant shall be served on new counsel as follows:

Christine H. Hall
Kathleen M. Hurley
CRUSER & MITCHELL, LLP
Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092
(404) 881-2628
(404) 881-2630

This 2nd day of November, 2010.

**CRUSER & MITCHELL, LLP**

s/KATHLEEN M. HURLEY
Christine H. Hall
Georgia Bar No. 318385
Kathleen M. Hurley
Georgia Bar No. 379659
*Attorneys for Defendant*

Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092
(404) 881-2622 – Telephone
(404) 881-2630 – Facsimile

{Firm\823\029\00402479.DOC}

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANA MIZZETTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| vs. ) | 1:10-CV-1681-MHS |
| ) | |
| MACADAMIA NATURAL OIL, LLC, ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **Notice of Substitution of Counsel and Notice of Appearance** upon all parties to this matter by using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

| | |
|---|---|
| Jonathan R. Friedman, Esq. | Andrea R. Bennett, Esq. |
| Michael A. Sexton, Esq. | BENNETT & ASSOCIATES |
| Henry C. DeBardeleben, IV, Esq. | 660 Old Ivy Road, NE |
| WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC | Atlanta, GA 30342 |
| 950 East Paces Ferry Road | |
| Suite 3000 | |
| Atlanta, GA 30326 | |

This 2nd day of November, 2010.

{Firm\858\001\00461631.DOC}

|  | **CRUSER & MITCHELL, LLP** |
|---|---|
|  | s/<u>KATHLEEN M. HURLEY</u> |
| Meridian II, Suite 2000 | Christine H. Hall |
| 275 Scientific Drive | Georgia Bar No. 318385 |
| Norcross, GA 30092 | Kathleen M. Hurley |
| (404) 881-2622 – Telephone | Georgia Bar No. 379659 |
| (404) 881-2630 – Facsimile | *Attorneys for Defendant* |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANA MIZZETTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| vs. ) | 1:10-CV-1681-MHS |
| ) | |
| MACADAMIA NATURAL OIL, LLC, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the court in local rule 5.1 (C).

This 2nd day of November, 2010.

**CRUSER & MITCHELL, LLP**

s/KATHLEEN M. HURLEY

| | |
|---|---|
| Meridian II, Suite 2000 | Christine H. Hall |
| 275 Scientific Drive | Georgia Bar No. 318385 |
| Norcross, GA 30092 | Kathleen M. Hurley |
| (404) 881-2622 – Telephone | Georgia Bar No. 379659 |
| (404) 881-2630 – Facsimile | *Attorneys for Defendant* |