IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANA MIZZETTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 1:10-CV-1681-MHS |
| | ) | |
| MACADAMIA NATURAL OIL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL JURISDICTIONAL DISCOVERY

Having read and considered the Consent Motion to extend time for Defendant to file its opposition to Plaintiff's Motion to Compel Jurisdictional Discovery, for good cause shown, it is hereby GRANTED.

SO ORDERED THIS _____ day of November, 2010.

HONORABLE MARVIN H. SHOOB
United States District Court Judge

**Prepared and presented by:**

/s/KATHLEEN M. HURLEY        
Christine H. Hall
Georgia Bar No. 318385
Kathleen M. Hurley
Georgia Bar No. 379659

{Firm\858\001\00461898.DOC}

CRUSER & MITCHELL, LLP
Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092
(404) 881-2622 – Telephone
(404) 881-2630 – Facsimile
*Attorneys for Defendant*


/s/MICHAEL A. SEXTON
Jonathan R. Friedman
Georgia Bar No. 277720
Michael A. Sexton
Georgia Bar No. 636498
Henry C. DeBardeleben, IV
Georgia Bar No. 111320
WEINBERG, WHEELER, HUDGINS
GUNN & DIAL, LLC
950 East Paces Ferry Road, Suite 3000
Atlanta, GA 30326
(404) 876-2700
(404) 875-9433 Facsimile
*Attorneys for Plaintiff*