IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANA MIZZETTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:10-CV-1681-MHS |
| | ) |
| MACADAMIA NATURAL OIL, LLC, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that I have this 5th day of November 2010, served a copy of Plaintiff's Subpoena and Notice of Taking Deposition *Duces Tecum* of J.C. Penney Corporation, Inc., by placing same in the U.S. Mail, postage prepaid, and filed a copy of this Certificate using the CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

Jonathan R. Friedman
GA Bar No. 277720
3344 Peachtree Road, N.E., Suite 2400
Atlanta, GA 30326
404-876-2700
404-875-9433 (fax)
jfriedman@wwhgd.com

*Attorneys for Plaintiff Ana Mizzetti*