IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANA MIZZETTI, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | 1:10-CV-1681-MHS |
| vs. ) | |
| ) | |
| MACADAMIA NATURAL OIL, LLC, ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER

For good cause shown, this Court hereby GRANTS the parties' Consent Motion Resolving Defendant's Motion for Order Quashing Service of Process and Dismissing Complaint for Lack of Personal Jurisdiction ("Jurisdictional Motion") and Plaintiff's Motion to Compel Jurisdictional Discovery "(Discovery Motion").

Defendant has withdrawn its Jurisdictional Motion and waived its defenses of insufficiency of service of process, lack of personal jurisdiction and/or any claim that venue is or may be inconvenient or improper.

Plaintiff has withdrawn her Discovery Motion, subject to Defendant's removal of all boilerplate objections for, and its production of all documents in response to, Plaintiff's First Request for Production of Documents (the "First Request") and Second Request for Production of Documents (the "Second Request"), except that Plaintiff has withdrawn Request Nos. 3, 18-28 and 33-35.

{Firm\858\001\00464712.DOC}

Defendant shall produce its documents in response to the Second Request on or before November 16, 2010; and shall remove all boilerplate objections for, and produce its documents in response to, the First Request, as modified above, within fifteen (15) days of the date of this Consent Order.

Further, the parties shall comply with the following schedule:

(1) Within twenty (20) days from the date of this Consent Order, Defendant shall file its Answer to the Complaint;

(2) Plaintiff shall have twenty-five (25) days from the date of this Consent Order in which to file any amendment to the Complaint for any purpose without leave of Court and/or further consent of Defendant; and

(3) The parties shall conduct a Rule 26(f) conference within thirty (30) days of the date of this Consent Order; and shall file a Rule 26(f)(3) discovery plan with the Court and serve Rule 26(a)(1) initial disclosures within seven (7) days of such conference.

IT IS SO ORDERED this ___16___ day of November, 2010.

_____
Honorable Marvin H. Shoob
Judge, USDC, Northern District
Atlanta Division

{Firm\858\001\00464712.DOC}

**Prepared and submitted by:**

/s/KATHLEEN M. HURLEY
Kathleen M. Hurley
**CRUSER & MITCHELL, LLP**
Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA  30092
(404) 881-2622 – Telephone
(404) 881-2630 – Facsimile


/s/REID E. DAMMANN
Reid E. Dammann
[Signed by Kathleen M. Hurley with express permission]
**WASSERMAN, COMDENM, CASSELMANN & ESENSTEN, LLP**
5576 Reseda Boulevard, Suite 330
Tarazana, CA  91356
(818) 705-6800 – Telephone
(818) 996-8266 – Facsimile
*Attorneys for Defendant*


/s/JONATHAN R. FRIEDMAN
Jonathan R. Friedman
Michael A. Sexton
Henry C. DeBardeleben, IV
[Signed by Kathleen M. Hurley with express permission]
**WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC**
950 East Paces Ferry Road, Suite 3000
Atlanta, GA 30326
(404) 876-2700 – Telephone
(404) 875-9433 – Facsimile
*Attorneys for Plaintiffs*