IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANA MIZZETTI,<br><br>  Plaintiff,<br><br>vs.<br><br>MACADAMIA NATURAL OIL, LLC,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br>1:10-CV-01681-MHS |

## ANSWER ON BEHALF OF DEFENDANT

COMES NOW MACADAMIA NATURAL OIL, LLC, ("Defendant") and responds to Plaintiff's Complaint and Jury Demand as follows:

### FIRST DEFENSE

Plaintiff's claims are barred by the doctrines of estoppel, waiver and release.

### SECOND DEFENSE

Plaintiff failed to mitigate her damages.

### THIRD DEFENSE

Pre-judgment interest, post-judgment interests, cost and attorneys fees are not appropriate remedies of damages.

## FOURTH DEFENSE

Plaintiff's claims are barred because Plaintiff knew and agreed that her likeness and image could be used for any purpose whatsoever.

## FIFTH DEFENSE

Defendant has performed and fully discharged any and all obligations and legal duties to Plaintiff pertinent to the rights resulting from the modeling session in question and the use of her photographs and/or likeness for any purpose whatsoever.

## SIXTH DEFENSE

Plaintiff's claim for punitive damages violates the Constitution of the United States and the Constitution of the State of Georgia.

## SEVENTH DEFENSE

Plaintiff's claims are barred given that Plaintiff was paid consideration for the modeling session in question to use her photographs and/or likeness for any purpose whatsoever.

## EIGHTH DEFENSE

Defendant's use of Plaintiff's image was incidental and her likeness had no unique qualities that resulted in profit to Defendant, had no significance to Defendant, was not used for the benefit of Defendant and there was no special prominence of Plaintiff's image in

the manner in which it was used by Defendant.

## NINTH DEFENSE

Defendant shows that in the matter in question, Plaintiff's damages, if any were caused by the acts and failure to act of persons and entities other than this Defendant.

## TENTH DEFENSE

Defendant asserts that the matter in question and Plaintiff's alleged damages, if any, were directly and proximately caused by acts and/or failure to act of persons or entities other than Defendant, to wit: ghel gmbh, Mustergasse 12, CH-8001, Zurich, Switzerland; Phone 41 43 268 44 00; the modeling agency representing Plaintiff; the photographer who took the subject photograph.

## ELEVENTH DEFENSE

Defendant acted in good faith with regard to any and all obligations and legal duties to Plaintiff, pertinent to the rights resulting from the modeling session in question, to use her photographs and/or likeness for any purpose whatsoever.

## TWELFTH DEFENSE

Defendant asserts to the extent applicable each affirmative defense set out in Federal Rule of Civil Procedure 8.

3

## THIRTEENTH DEFENSE

Defendant reserves the right to amend its Answer with additional defenses that may be developed through the course of discovery.

## FOURTEENTH DEFENSE

For response to the enumerated paragraphs of Plaintiff's Complaint and Jury Demand ("Complaint"), Defendant shows as follows:

## NATURE OF ACTION

1.

Defendant denies the allegations of Paragraph 1 of Plaintiff's Complaint.

2.

Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 2 of Plaintiff's Complaint and thus, Defendant neither admits nor denies same.

3.

Defendant admits the allegations of Paragraph 3 of Plaintiff's Complaint.

4

## JURISDICTION AND VENUE

4.

Defendant admits that there is subject matter jurisdiction in this matter. Defendant denies that it is liable to Plaintiff in any amount.

5.

Defendant admits the allegations of Paragraph 5 of Plaintiff's Complaint.

6.

Defendant admits the allegations of Paragraph 6 of Plaintiff's Complaint.

## GENERAL ALLEGATIONS

7.

Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 7 of Plaintiff's Complaint and thus, Defendant neither admits nor denies same.

8.

Defendant admits the allegations of Paragraph 8 of Plaintiff's Complaint.

9.

Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 9 of Plaintiff's Complaint and thus, Defendant neither admits nor denies same.

10.

Defendant admits the allegations of Paragraph 10 of Plaintiff's Complaint.

11.

Defendant denies the allegations of Paragraph 11 of Plaintiff's Complaint.

12.

Defendant denies the allegations of Paragraph 12 of Plaintiff's Complaint.

13.

Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 13 of Plaintiff's Complaint and thus, Defendant neither admits nor denies same.

## COUNT I – MISAPPROPRIATION OF LIKENESS

14.

For response to the allegations contained within Paragraph 14, Defendant incorporates its responses to Paragraphs 1 through 13 above, as if set forth fully herein.

15.

Defendant denies the allegations of Paragraph 15 of Plaintiff's Complaint.

16.

Defendant denies the allegations of Paragraph 16 of Plaintiff's Complaint.

17.

Defendant denies the allegations of Paragraph 17, including the allegations following the word "WHEREFORE" of Plaintiff's Complaint.

## COUNT II – STUBBORN LITIGIOUSNESS

18.

For response to the allegations contained within Paragraph 18, Defendant incorporates its responses to Paragraphs 1 through 17 above, as if set forth fully herein.

19.

Defendant denies the allegations of Paragraph 19 of Plaintiff's Complaint.

20.

Defendant denies the allegations of Paragraph 20, including the allegations following the word Wherefore of Plaintiff's Complaint.

21.

Defendant denies that Plaintiff is entitled to any of the relief prayed for in the unnumbered "WHEREFORE" paragraphs of Plaintiff's Complaint.

22.

All remaining allegations contained in Plaintiff's Complaint for Damages not specifically admitted or denied herein are denied in their entirety.

WHEREFORE, Defendant prays that Plaintiff's Complaint for Damages be dismissed with all costs cast upon Plaintiff.

**DEFENDANT DEMANDS TRIAL BY JURY.**


LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

1 | Respectfully submitted this 9th day of December, 2010.

**LEWIS BRISBOIS
BISGAARD & SMITH, LLP**

/s/Kathleen M. Hurley
Christine H. Hall
Georgia Bar No. 318385
Kathleen M. Hurley
Georgia Bar No.: 379659

1180 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30309
T (404) 348-8585
F (404) 467-8845
chall@lbbslaw.com
khurley@lbbslaw.com

**WASSERMAN, COMDEN,
CASSELMAN &
ESENSTEN, LLP**

/s/Reid Eric Dammann
Reid Eric Dammann
Georgia Bar No. 249031
*Attorneys for Defendants*

5576 Reseda Boulevard
Suite 330
Tarazana, CA  91356
(818) 705-6800 – Telephone
(818) 996-8266 – Facsimile

9

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANA MIZZETTI,                )
                             )
    Plaintiff,               )
                             )   CIVIL ACTION FILE NO.
vs.                          )   1:10-CV-01681-MHS
                             )
MACADAMIA NATURAL OIL,       )
LLC,                         )
                             )
    Defendant.               )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **ANSWER ON BEHALF OF DEFENDANT** upon all parties to this matter by using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

| | |
|---|---|
| Jonathan R. Friedman, Esq.<br>Michael A. Sexton, Esq.<br>Henry C. DeBardeleben, IV, Esq.<br>WEINBERG, WHEELER,<br>HUDGINS GUNN & DIAL,<br>LLC<br>950 East Paces Ferry Road<br>Suite 3000<br>Atlanta, GA 30326 | Reid E. Dammann, Esq.<br>WASSERMAN, COMDENM,<br>CASSELMANN & ESENSTEN,<br>LLP<br>5576 Reseda Boulevard<br>Suite 330<br>Tarazana, CA 91356 |

10

1     Respectfully submitted this 9th day of December, 2010.

2                                    **LEWIS BRISBOIS**
                                      **BISGAARD & SMITH, LLP**

3

4

5                                    /s/Kathleen M. Hurley
                                   Christine H. Hall
                                   Georgia Bar No. 318385

6                                    Kathleen M. Hurley
                                   Georgia Bar No.: 379659

7 1180 Peachtree Street, NE
Suite 2900

8 Atlanta, Georgia 30309
T (404) 348-8585

9 F (404) 467-8845
chall@lbbslaw.com

10 khurley@lbbslaw.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                               11

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANA MIZZETTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| vs. ) | 1:10-CV-01681-MHS |
| ) | |
| MACADAMIA NATURAL OIL, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF COMPLIANCE

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the court in local rule 5.1 (C).

Respectfully submitted this 9th day of December, 2010.

                              LEWIS, BRISBOIS,
                              BISGAARD & SMITH, LLP

                              /s/Kathleen M. Hurley
1180 Peachtree Street         Christine H. Hall
Suite 2900                         Georgia Bar No. 318385
Atlanta, Georgia 30309        Kathleen M. Hurley
(404) 348-8585 – Telephone    Georgia Bar No. 379659
(404) 467-8845 – Facsimile     *Attorneys for Defendant*