UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANA MIZZETTI,

    Plaintiff,

v.

MACADAMIA NATURAL OIL, LLC,
VERSION-X DESIGN CORP., and
CHRIS FASAN,

    Defendants.

Case No.: 1:10-CV-1681-MHS

JURY TRIAL DEMANDED

## AMENDED CONSENT ORDER

For good cause shown, this Court hereby GRANTS the parties' Consent Motion to Amend this Court's November 19, 2010 Order. The schedule in this case is amended as follows:

(1) Macadamia Natural Oil, LLC ("Macadamia") shall produce its supplemental responses to Plaintiff's First and Second Requests for Production of Documents by January 31, 2011;

(2) Pursuant to Federal Rule 15(a)(2), Plaintiff shall have until February 11, 2011 in which to file any second amendment to the Amended

Complaint for any purpose without leave of Court and/or further consent of Macadamia; and

(3) The parties shall conduct a Rule 26(f) conference by February 18, 2011, and file a Rule 26(f)(3) discovery plan with the Court and serve their Rule 26(a)(1) initial disclosures by February 25, 2011.

IT IS SO ORDERED this ____ day of December, 2010.

_____
Honorable Marvin H. Shoob
Judge, USDC, Northern District
Atlanta Division