IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANA MIZZETTI,                              )
                                           )
    Plaintiff,                            )
                                           )    CIVIL ACTION FILE NO.
vs.                                        )      1:10-CV-01681-MHS
                                           )
MACADAMIA NATURAL OIL,                     )
LLC, VERSION-X DESIGN                      )
CORP., and CHRIS FASAN                     )
                                           )
    Defendants.

## DEFENDANT MACADAMIA'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW DEFENDANT MACADAMIA NATURAL OIL, LLC, ("Defendant" or "Macadamia") and responds to Plaintiff's First Amended Complaint ("Plaintiff's Complaint") and Jury Demand as follows:

## FIRST DEFENSE

Plaintiff's claims are barred by the doctrines of estoppel, waiver and release.

## SECOND DEFENSE

Plaintiff failed to mitigate her damages.

**THIRD DEFENSE**

Pre-judgment interest, post-judgment interests, cost and attorneys fees are not appropriate remedies of damages.

**FOURTH DEFENSE**

Plaintiff's claims are barred because Plaintiff knew and agreed that her likeness and image could be used for any purpose whatsoever.

**FIFTH DEFENSE**

Defendant has performed and fully discharged any and all obligations and legal duties to Plaintiff pertinent to the rights resulting from the modeling session in question and the use of her photographs and/or likeness for any purpose whatsoever.

**SIXTH DEFENSE**

Plaintiff's claim for punitive damages violates the Constitution of the United States, the Constitution of the State of Georgia, and any other applicable State Constitutions.

**SEVENTH DEFENSE**

Plaintiff's claims are barred given that Plaintiff was paid consideration for the modeling session in question to use her photographs and/or likeness for any purpose whatsoever.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EIGHTH DEFENSE

Defendant's use of Plaintiff's image was incidental and her likeness had no unique qualities that resulted in profit to Defendant, had no significance to Defendant, was not used for the benefit of Defendant and there was no special prominence of Plaintiff's image in the manner in which it was used by Defendant.

## NINTH DEFENSE

Defendant shows that in the matter in question, Plaintiff's damages, if any, were caused by the acts and failure to act of persons and entities other than this Defendant.

## TENTH DEFENSE

Defendant asserts that the matter in question and Plaintiff's alleged damages, if any, were directly and proximately caused by acts and/or failure to act of persons or entities other than Defendant, to wit: ghel gmbh, Mustergasse 12, CH-8001, Zurich, Switzerland; Phone 41 43 268 44 00; the modeling agency representing Plaintiff; the photographer who took the subject photograph.

## ELEVENTH DEFENSE

Defendant acted in good faith with regard to any and all obligations and legal duties to Plaintiff, pertinent to the rights

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4838-9903-7960.1

resulting from the modeling session in question, to use her

photographs and/or likeness for any purpose whatsoever.

## TWELFTH DEFENSE

Defendant asserts to the extent applicable each affirmative

defense set out in Federal Rule of Civil Procedure 8.

## THIRTEENTH DEFENSE

Plaintiff's claims are barred in whole or in part because Plaintiff

did not have a relationship with a third party with the probability of

future economic benefit that was disrupted by Defendant's conduct.

## FOURTEENTH DEFENSE

Plaintiff's claims are barred in whole or in part because no

contract would have resulted from the relations alleged in Plaintiff's

Complaint.

## FIFTEENTH DEFENSE

Plaintiff's claims are barred in whole or in part because

Defendant lacked knowledge of any allegedly harmed economic

relationship of Plaintiff.

## SIXTEENTH DEFENSE

Plaintiff's claims are barred in whole or in part because

Defendant acted lawfully in furtherance of its economic interests.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4838-9903-7960.1

4

1

2

3

4

### SEVENTEENTH DEFENSE

Plaintiff's claims are barred in whole or in part because the

Complaint fails to state a claim upon which relief may be granted.

5

### EIGHTEENTH DEFENSE

6

7

8

9

Plaintiff's claims are barred in whole or in part because

Plaintiff's injuries, if any, were caused in whole or in part by one or

more third parties not under the control of Defendant.

10

11

12

13

### NINETEENTH DEFENSE

Plaintiff's claims are barred in whole or in part because Plaintiff

has sustained no actual damages.

14

15

16

17

18

19

### TWENTIETH DEFENSE

Defendant reserves the right to amend its Answer with

additional defenses that may be developed through the course of

discovery.

20

### TWENTY-FIRST DEFENSE

21

22

23

For response to the enumerated paragraphs of Plaintiff's

Complaint, Defendant shows as follows:

24

### NATURE OF ACTION

25

1.

26

27

28

Defendant denies the allegations of Paragraph 1 of Plaintiff's

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4838-9903-7960.1

5

1  Complaint.

2                                  2.

3
4          Defendant is without sufficient information or knowledge to

5  form a belief as to the truth of the allegations of Paragraph 2 of

6  Plaintiff's Complaint and thus, Defendant neither admits nor denies

7
8  same.

9                                  3.

10
11         Defendant admits the allegations of Paragraph 3 of Plaintiff's

12  Complaint.

13                                 4.

14
15         Defendant is without sufficient information or knowledge to

16  form a belief as to the truth of the allegations of Paragraph 4 of

17  Plaintiff's Complaint and thus, Defendant neither admits nor denies

18  same.

19
20                                 5.

21         Defendant denies that Chris Fasan is an employee and/or agent

22  of Macadamia. Defendant is without sufficient information or

23  knowledge to form a belief as to the truth of the remaining allegations

24
25  of Paragraph 5 of Plaintiff's Complaint and thus, Defendant neither

26  admits nor denies same.

27

28



6.

Defendant denies the allegations of Paragraph 6 of Plaintiff's

Complaint.

## JURISDICTION AND VENUE

7.

Defendant admits that there is subject matter jurisdiction in this

matter.  Defendant denies that it is liable to Plaintiff in any amount.

8.

Defendant admits that it has stipulated to this Court's personal

jurisdiction. Defendant denies that any wrongful conduct occurred on

its behalf or that it conspired to misappropriate Mizzetti's image for

commercial use or benefit.  Defendant is without sufficient

information or knowledge to form a belief as to the truth of the

remaining allegations of Paragraph 8 of Plaintiff's Complaint and

thus, Defendant neither admits nor denies same.

9.

Defendant is without sufficient information or knowledge to

form a belief as to the truth of the allegations of Paragraph 9 of

Plaintiff's Complaint and thus, Defendant neither admits nor denies

same.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**GENERAL ALLEGATIONS**

10.

Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 10 of Plaintiff's Complaint and thus, Defendant neither admits nor denies same.

11.

Defendant admits the allegations of Paragraph 11 of Plaintiff's Complaint.

12.

Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 12 of Plaintiff's Complaint and thus, Defendant neither admits nor denies same.

13.

Defendant admits that Chris Fasan is the brother of Macadamia's CEO.  Defendant denies the remaining allegations of Paragraph 13 of Plaintiff's Complaint.

14.

Defendant denies the allegations of Paragraph 14 of Plaintiff's

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4838-9903-7960.1                                     8

1 | Complaint.

2 | 15.

3
4 | Defendant denies the allegations of Paragraph 15 of Plaintiff's

5 | Complaint.

6 | 16.

7
8 | Defendant denies as plead the allegations of the first sentence in

9 | paragraph 16 of Plaintiff's Complaint.  Defendant is without sufficient

10 | information or knowledge to form a belief as to the truth of the

11
12 | remaining allegations of Paragraph 16 of Plaintiff's Complaint and

13 | thus, Defendant neither admits nor denies same.

14 | 17.

15
16 | Defendant denies as plead the allegations of Paragraph 17 of

17 | Plaintiff's Complaint.

18 | 18.

19
20 | Defendant avers that the images appearing in Figures 1-3  of

21 | paragraph 18 of Plaintiff's Complaint speak for themselves and

22 | therefore no responsive pleading is required.

23
24 | 19.

25 | Defendant is without sufficient information or knowledge to

26
27 | form a belief as to the truth of the allegations of Paragraph 19 of

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

28 | 4838-9903-7960.1

Plaintiff's Complaint and thus, Defendant neither admits nor denies same.

20.

Defendant admits the allegations of Paragraph 20 of Plaintiff's Complaint except that it avers, upon information and belief, Macadamia has not been featured at Hollywood awards shows.

21.

Defendant denies as plead the allegations of Paragraph 21 of Plaintiff's Complaint.

22.

Defendant denies as plead the allegations of Paragraph 22 of Plaintiff's Complaint.

23.

Defendant denies the allegations of Paragraph 23 of Plaintiff's Complaint.

24.

Defendant denies as plead the allegations of Paragraph 24 of Plaintiff's Complaint.

25.

Defendant is without sufficient information or knowledge to

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4838-9903-7960.1

1  form a belief as to the truth of the allegations of Paragraph 25 of

2
3  Plaintiff's Complaint and thus, Defendant neither admits nor denies

4  same.

5                                    26.

6
7  Defendant denies the allegations of Paragraph 26 of Plaintiff's

8  Complaint.

9                                    27.

10
11  Defendant is without sufficient information or knowledge to

12  form a belief as to the truth of the allegations of Paragraph 27 of

13  Plaintiff's Complaint and thus, Defendant neither admits nor denies

14  same.

15  ## COUNT I – COMMON LAW MISAPPROPRIATION OF

16
17  ## LIKENESS

18                                    28.

19
20  For response to the allegations contained within Paragraph 28,

21  Defendant incorporates its responses to Paragraphs 1 through 27

22  above, as if set forth fully herein.

23
24                                    29.

25  Defendant denies the allegations of Paragraph 29 of Plaintiff's

26
27  Complaint.

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4838-9903-7960.1                              11

30.

Defendant denies the allegations of Paragraph 30 of Plaintiff's Complaint.

31.

Defendant denies the allegations of Paragraph 31 of Plaintiff's Complaint.

32.

Defendant denies the allegations of Paragraph 32 of Plaintiff's Complaint.

33.

Defendant denies the allegations of Paragraph 33 of Plaintiff's Complaint.

## COUNT II – STATUTORY MISAPPROPRIATION OF LIKENESS

34.

For response to the allegations contained within Paragraph 34, Defendant incorporates its responses to Paragraphs 1 through 33 above, as if set forth fully herein.

35.

Defendant denies the allegations of Paragraph 35 of Plaintiff's

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  Complaint.

2                              36.

3

4         Defendant denies the allegations of Paragraph 36 of Plaintiff's

5  Complaint.

6                              37.

7

8         Defendant denies the allegations of Paragraph 37 of Plaintiff's

9  Complaint.

10                             38.

11

12        Defendant denies the allegations of Paragraph 38 of Plaintiff's

13  Complaint.

14                             39.

15

16        Defendant denies the allegations of Paragraph 39 of Plaintiff's

17  Complaint.

18  ## COUNT III – NEGLIGENT INTERFERENCE WITH

19

20  ## PROSPECTIVE ECONOMIC ADVANTAGE

21                             40.

22

23        For response to the allegations contained within Paragraph 40,

24  Defendant incorporates its responses to Paragraphs 1 through 39

25  above, as if set forth fully herein.

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4838-9903-7960.1                           13

41.

Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 41 of Plaintiff's Complaint and thus, Defendant neither admits nor denies same.

42.

Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 42 of Plaintiff's Complaint and thus, Defendant neither admits nor denies same.

43.

Defendant avers that Paragraph 43 states conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Defendant denies the allegations of Paragraph 43 of Plaintiff's Complaint.

44.

Defendant denies the allegations of Paragraph 44 of Plaintiff's Complaint.

45.

Defendant denies the allegations of Paragraph 45 of Plaintiff's

1  Complaint.

2                              46.

3

4     Defendant denies the allegations of Paragraph 46 of Plaintiff's

5  Complaint.

6                              47.

7

8     Defendant denies the allegations of Paragraph 47 of Plaintiff's

9  Complaint.

10              **COUNT V – PUNITIVE DAMAGES**

11                             48.

12

13    For response to the allegations contained within Paragraph 48,

14 Defendant incorporates its responses to Paragraphs 1 through 47

15 above, as if set forth fully herein.

16

17                             49.

18

19    Defendant denies the allegations of Paragraph 49 of Plaintiff's

20 Complaint.

21                             50.

22

23    Defendant denies the allegations of Paragraph 50 of Plaintiff's

24 Complaint.

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## COUNT VI – EXPENSES OF LITIGATION AND STUBBORN LITIGIOUSNESS

51.

For response to the allegations contained within Paragraph 51, Defendant incorporates its responses to Paragraphs 1 through 50 above, as if set forth fully herein.

52.

Defendant denies the allegations of Paragraph 52 of Plaintiff's Complaint.

53.

Defendant denies the allegations of Paragraph 53 of Plaintiff's Complaint.

1   All remaining allegations contained in Plaintiff's Complaint for

2   Damages not specifically admitted or denied herein are denied in their

3   entirety.  WHEREFORE, Defendant prays that Plaintiff's Complaint

4   

5   for Damages be dismissed with all costs cast upon Plaintiff.

6   **DEFENDANT DEMANDS TRIAL BY JURY.**

7   Respectfully submitted this 27th day of December, 2010.

8   

9   **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

10  

11  /s/Kathleen M. Hurley
    Christine H. Hall
12  Georgia Bar No. 318385
    Kathleen M. Hurley
13  Georgia Bar No.: 379659

14  

15  1180 Peachtree Street, NE
    Suite 2900
16  Atlanta, Georgia 30309
    T (404) 348-8585
17  F (404) 467-8845
    chall@lbbslaw.com
18  khurley@lbbslaw.com

19  **WASSERMAN, COMDEN,**

20  **CASSELMAN &**

21  **ESENSTEN, LLP**

22  

23  5576 Reseda Boulevard        /s/Reid Eric Dammann
    Suite 330                    Reid Eric Dammann
24  Tarazana, CA  91356          Georgia Bar No. 249031
    (818) 705-6800 – Telephone   *Attorneys for Defendants*
25  (818) 996-8266 – Facsimile

26  

27  

28  

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1
2
3

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **ANA MIZZETTI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| **vs.** | ) | **1:10-CV-01681-MHS** |
| | ) | |
| **MACADAMIA NATURAL OIL,** | ) | |
| **LLC, VERSION-X DESIGN** | ) | |
| **CORP., and CHRIS FASAN** | ) | |
| | ) | |
| **Defendants.** | | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have this day served a copy of the

within and foregoing **ANSWER AND AFFIRMATIVE DEFENSES**

**TO PLAINTIFF'S FIRST AMENDED COMPLAINT** upon all

parties to this matter by using the CM/ECF system which will

automatically send e-mail notification of such filing to the following

attorney of record:

| | |
|---|---|
| Jonathan R. Friedman, Esq. | Reid E. Dammann, Esq. |
| Michael A. Sexton, Esq. | WASSERMAN, COMDENM, |
| Henry C. DeBardeleben, IV, Esq. | CASSELMANN & ESENSTEN, |
| WEINBERG, WHEELER, | LLP |
| HUDGINS GUNN & DIAL, | 5576 Reseda Boulevard |
| LLC | Suite 330 |
| 950 East Paces Ferry Road | Tarazana, CA 91356 |
| Suite 3000 | |
| Atlanta, GA 30326 | |

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**
ATTORNEYS AT LAW

4838-9903-7960.1

18

1

Respectfully submitted this 27th day of December, 2010.

2

**LEWIS BRISBOIS**

3

**BISGAARD & SMITH, LLP**

4

5

/s/Kathleen M. Hurley
Christine H. Hall

6

Georgia Bar No. 318385
Kathleen M. Hurley

7

Georgia Bar No.: 379659

1180 Peachtree Street, NE

8

Suite 2900
Atlanta, Georgia 30309

9

T (404) 348-8585
F (404) 467-8845

10

chall@lbbslaw.com
khurley@lbbslaw.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LEWIS
BRISBOIS

27

BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

28

4838-9903-7960.1

19

1
2
3

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ANA MIZZETTI,                                    )
                                                 )
     **Plaintiff,**                              )
                                                 )          CIVIL ACTION FILE NO.
vs.                                              )               1:10-CV-01681-MHS
                                                 )
MACADAMIA NATURAL OIL,                           )
LLC, VERSION-X DESIGN                            )
CORP., and CHRIS FASAN                           )
                                                 )
     **Defendants.**

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the court in local rule 5.1 (C).

Respectfully submitted this 27th day of December, 2010.

**LEWIS, BRISBOIS,**
**BISGAARD & SMITH, LLP**

/s/Kathleen M. Hurley
1180 Peachtree Street            Christine H. Hall
Suite 2900                       Georgia Bar No. 318385
Atlanta, Georgia  30309          Kathleen M. Hurley
(404) 348-8585 – Telephone       Georgia Bar No. 379659
(404) 467-8845 – Facsimile       *Attorneys for Defendant*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4838-9903-7960.1                 20